IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HENRY X. RASULALLAH,
ADC #80266                                                                                          PLAINTIFF

CASE NO. 5:03CV00151 WRW

LARRY NORRIS, et al.                                                                        DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.  After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 7th day of April, 2006.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE