IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HENRY X. RASULALLAH
ADC #80266                                                                                              PLAINTIFF

VS.                          CASE NO. 5:03CV00151 WRW

LARRY NORRIS, et al.                                                                            DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that Defendants' motion for summary judgment is hereby GRANTED and Plaintiff's complaint against Defendants is DISMISSED with prejudice.

SO ADJUDGED this 7th day of April, 2006.


/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE